# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2021

160879

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BRETT ANTHONY CROYLE,
        Defendant-Appellant.

SC: 160879
COA: 344450
Macomb CC: 2016-001212-FC

_____/

By order of September 23, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the October 17, 2019 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2021



Clerk

t0512